**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Christopher J. Antonicic, et al.
                              Plaintiff,

v.                                             Case No.: 1:19–cv–00101
                                               Honorable Robert M. Dow Jr.

HSBC Bank USA, N.A.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 11, 2021:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the stipulation of dismissal [59] filed on 2/9/2021, the Court dismisses this action with prejudice as to Plaintiff's individual claims, without prejudice as to class allegations, with each side to bear its own attorneys' fees and costs. Telephone conference set for 2/26/2021 is stricken as moot. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.